UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| Philip Duffey | Case No.: |
| Plaintiff | **COMPLAINT** |
| v. |  |
| The Lincoln National Life Insurance Company |  |
| Defendant |  |

Plaintiff, Philip Duffey, for his Complaint against The Lincoln National Life Insurance Company ("Lincoln") states as follows:

1. Plaintiff is an individual who resides in Forth Worth, Texas and who is or was a participant in a long-term disability plan (the "Plan") sponsored by her former employer, Caliber Holdings, Inc.

2. The Plan is funded through a group long term disability insurance policy Lincoln sold Geiger (the "Policy").

3. Lincoln is a foreign company and is located in Portland, Maine.

4. Lincoln serves as the claims administrator of the Plan for purposes of benefit determinations made pursuant to the Policy.

5. Plaintiff brings this action to recover benefits under the Plan and Policy.

6. Plaintiff brings this action under the Employee Retirement Income Security Act ("ERISA") 502(a)(1)(B) and to recover benefits under the Plan and Policy. This Court has subject matter jurisdiction over this action, and it may assert personal jurisdiction over Lincoln because, per ERISA 502(e), Lincoln is located in this District.

## Claim for Relief

7. The Policy provides that Lincoln will pay long term disability benefits to participants who are participants under the Plan.

8. Under the Policy, disability is defined as follows:

You are disabled when Unum determines that:

"Disability" or "Disabled", with respect to Long Term Disability means:
1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
that during the Elimination Period and the next 24 months of Disability the
Covered Person, as a result of Injury or Sickness, is unable to perform the Material
and Substantial Duties of his Own Occupation; and
thereafter, the Covered Person is unable to perform, with reasonable continuity, the
Material and Substantial Duties of Any Occupation.
"Any Occupation" means any occupation that the Covered Person is or becomes
reasonably fitted by training, education, experience, age, physical and mental capacity.

9. Plaintiff stopped working on May 3, 2020, due to chronic thoracic pain, T7 burst fracture, and s/p thoracic fusion T6-T8.

10. Plaintiff became disabled under the policy on or about May 3, 2020.

11. Plaintiff filed a claim for long-term disability benefits, which Lincoln approved and paid until October 31, 2022.

12. Lincoln denied the claim during an any occupation review.

13. Plaintiff appealed that determination.

14. Lincoln upheld its adverse benefit determination.

15. Plaintiff is entitled to a judgment against Lincoln, in the amount of the unpaid long term disability benefits under the Policy and Plan.

16. Plaintiff is also entitled to prejudgment interest and an award of attorney's fees in an amount to be proven.

WHEREFORE, Plaintiff requests the Court grant her the following relief from Defendant:

    a. A judgment in the amount of all benefits due under the Plan/Policy plus prejudgment interest;

    b. An order reinstating her benefits and ordering that they be paid through coverage under the Plan and Policy.

    c. Plaintiff's costs and attorney's fees; and

    d. All other relief the Court may deem proper.

Dated: August 2 2023

/s/ Andrew S. Davis
Andrew S. Davis
DAVIS LAW LLC
PO Box 17887
Portland, Maine 04011
andrew@erisabenefitlawyer.com